### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JANE DOE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 20-CV-3039 ) ) |
| BEATRICE CALHOUN, *et al.*, | ) ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR HEARING CONCERNING DISCOVERY DISPUTE

NOW COME Defendants, Beatrice Calhoun, Brent Keele, and Todd Sexton, by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, and respectfully request this Court schedule a hearing to address an ongoing discovery dispute. In support thereof, Defendants state as follows:

1. On January 8, 2021, the parties participated in a telephone conference to discuss an ongoing discovery dispute involving Plaintiff's response to Defendants' discovery demands and Defendants' responses to Plaintiff's discovery demands.

2. Per the Court's Standing Order, Defendants request the Court set this matter for hearing concerning a discovery dispute.

3. The undersigned certifies that the parties have, in good faith and pursuant to Federal Rule 37(a)(1), conferred in an effort to resolve the issues without Court action.

WHEREFORE, for the above and foregoing reasons, Defendants pray this Court set this matter for a telephonic hearing to resolve the discovery dispute and for such further relief as this Court deems just and proper.

Dated: January 11, 2021

Kwame Raoul
Attorney General
State of Illinois
*Counsel for Defendants*
BEATRICE CALHOUN, BRENT KEELE,
and TODD SEXTON

Respectfully submitted,

By:   *s/   Alan Remy Taborga*
      Alan Remy Taborga
      Assistant Attorney General
      Office of the Illinois Attorney General
      1776 East Washington Street
      Urbana, Illinois 61802
      Phone: (217) 278-3332
      E-Mail: ATaborga@atg.state.il.us

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2021, I electronically filed the foregoing, *Defendants' Motion for Hearing Concerning Discovery Dispute*, with the Clerk of Court using the CM/ECF system, which will send notification to the following participants:

>Daniel P. Kiss
>Louis J. Meyer
>Meyer & Kiss LLC
>dankiss@meyerkiss.com
>louismeyer@meyerkiss.com

Respectfully submitted,

By: *s/ Alan Remy Taborga*
Alan Remy Taborga
Assistant Attorney General
Office of the Illinois Attorney General
1776 East Washington Street
Urbana, Illinois 61802
Phone: (217) 278-3332
E-Mail: ATaborga@atg.state.il.us