# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 20-CV-3039 |
| vs. | ) | |
| | ) | |
| BEATRICE CALHOUN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW AND STAY DISCOVERY

Plaintiff, through counsel, Meyer & Kiss, LLC, respectfully requests this Honorable Court to enter an Order allowing her counsel to withdraw from representation and to stay the discovery process which is already underway. In support thereof, Plaintiff states as follows:

1.　　This case was filed on February 10, 2020. Because of the allegations contained in the complaint, Plaintiff was allowed to proceed as a Jane Doe.

2.　　A discovery plan was proposed to the Court by the parties and adopted on May 15, 2020. (Dkt. 23).

3.　　The attorney-client relationship between Plaintiff and undersigned counsel has deteriorated.

4.　　Plaintiff's counsel had discussed this motion with Plaintiff and advised her that he is filing it.

5.　　Regrettably, the differences between Plaintiff and counsel are irreconcilable and render it impossible for counsel to continue representing Plaintiff in a manner consistent with his obligations under the Rules of Professional Conduct.

6.　　The rupture in the attorney-client relationship has interrupted the work necessary

1

to comply with Plaintiff's discovery obligations. The parties have completed the majority of written discovery and are in the process of scheduling depositions. There is a pending discovery dispute regarding some of Plaintiff's interrogatory answers and some of the Defendants' discovery production.

7.      If this Court were to allow Plaintiff's counsel to withdraw, Plaintiff would also request that the current discovery plan for the parties be stayed until Plaintiff is able to secure new counsel.

8.      Plaintiff's counsel will mail a copy of this file-stamped motion to Plaintiff. Undersigned counsel will also ensure that the Court's ruling on this motion is also sent to Plaintiff.

9.      Plaintiff's counsel has also discussed this development with counsel for the Defendants. Counsel does not object to this motion.

WHEREFORE, Plaintiff respectfully requests this Court allow undersigned counsel and his partner, Daniel P. Kiss, of Meyer & Kiss, LLC, to withdraw from representation of Plaintiff and stay discovery, especially the time for Plaintiff to respond to the requests to admit, for all parties until Plaintiff can retain new counsel.

Respectfully submitted,

*/s/ Louis J. Meyer*
Louis J. Meyer
One of Plaintiff's Attorneys

Louis J. Meyer
Daniel P. Kiss
MEYER & KISS, LLC
311 West Stratford Drive
Peoria, Illinois 61614
(309)713-3751
louismeyer@meyerkiss.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on February 5, 2021, a copy of the forgoing motion was served upon the attorneys for the parties through the Court's electronic filing system, and that a hard copy was mailed to Plaintiff at her last known address.

*/s/ Louis J. Meyer*
Louis J. Meyer
One of Plaintiff's Attorneys